Stephanie L. Quinn (SBN 216655)
Collin S. McCarthy (SBN 305489)
QUINN • COVARRUBIAS
2220 Douglas Boulevard, Suite 240
Roseville, CA 95661
T: (916) 400-2300
F: (916) 400-2311
squinn@quinncova.com
cmccarthy@quinncova.com
eservice@quinncova.com

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK;
UNION PACIFIC RAILROAD COMPANY; and
UNION PACIFIC CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CARY GLENN POOLE, an individual, | Case No.: 2:26-CV-00415-TLN-DMC |
|---|---|
| Plaintiff, | **JOINT RULE 26 REPORT AND DISCOVERY PLAN; ORDER** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), A DISTRICT OF COLUMBIA CORPORATION; COUNTY OF SHASTA, A PUBLIC ENTITY; UNION PACIFIC RAILROAD COMPANY, A DELAWARE CORPORATION; UNION PACIFIC CORPORATION, A UTAH CORPORATION; JONATHAN STASKA INDIVIDUALLY AND IN HIS OFFICIAL AND REPRESENTATIVE CAPACITIES FOR NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), A DISTRICT OF COLUMBIA CORPORATION; AND DOES 1 THROUGH 10, | Complaint Filed: January 6, 2026 Trial Date: NONE SET |
| Defendants. | |

## JOINT RULE 26 REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and in accordance with the Local Rules of the United States District Court for the Eastern District of California and this Court's Initial Pretrial Scheduling Order (Doc. 5), Defendants NATIONAL RAILROAD PASSENGER

- 1 -

CORPORATION DBA AMTRAK and UNION PACIFIC RAILROAD COMPANY and Plaintiff CARY GLENN POOLE (collectively, "the Parties") hereby submit the following Joint Rule 26 Report and Discovery Plan for this action.

## I.   Rule 26(f) Conference

On April 21, 2026, counsel for the Parties met and conferred via telephone regarding each of the items set furth in Rule 26(f)(2). Following the initial telephone call, counsel for the Parties exchanged a draft Discovery Plan and agreed to the schedule for Initial Disclosures and fact and expert witness discovery proposed herein.

## II.   Discovery Plan

The Parties submit the following proposed Rule 269(f) Discovery Plan

a.   <u>Initial Disclosures</u>

The Parties have agreed to a date of **June 5, 2026** for the exchange of initial disclosures .

b.   <u>Scope of Discovery</u>

The Parties will need to conduct discovery on matters relevant to the claims and defenses set forth in Plaintiff's Complaint and Defendants' Answers. The Parties anticipate that discovery methods may include interrogatories, requests for production, requests for admission, depositions, and subpoenas.

c.   <u>Electronically Stored Information</u>

The Parties do not foresee any unusual issues regarding discovery of electronically stored information. The procedures outlined in Rule 34 are expected to be sufficient.

d.   <u>Privileged Information</u>

The Parties do not foresee any unusual issues regarding claims of privilege.

e.   <u>Proposed Changes to Discovery Limitations</u>

The Parties do not propose any changes to the rules governing discovery limitations at this time.

//

//

- 2 -

**JOINT RULE 26 REPORT AND DISCOVERY PLAN; ORDER**

    f.   Discovery-Related Orders

Defendant Amtrak intends to seek a Protective Order prior to producing the forward-facing video from the locomotive involved in the incident at issue in this case.

    g.   Discovery & Dispositive Motion Schedule

The Parties propose the following schedule for discovery in this case:

- Initial Disclosures:    June 5, 2026
- Fact Discovery Cut-Off:    March 3, 2027
- Expert Disclosures:    May 3, 2027
- Rebuttal/Supplemental Expert Disclosures    June 2, 2027
- Supplemental Discovery Cut-Off    August 2, 2027
- Dispositive Motion Filing Deadline    August 30, 2027

## III.   Trial Settling

Per this Court's Initial Pretrial Scheduling Order, the Parties are to file a Joint Notice of Trial Readiness no later than thirty (30) days after the Court's ruling(s) on the last filed dispositive motion(s). If no dispositive motion(s) is/are filed, the Parties are to file a Joint Notice of Trial Readiness no later than thirty (30) days after the dispositive motion filing deadline above. The Parties shall refer to the Initial Pretrial Scheduling Order regarding the required contents for the Notice of Trial Readiness Statement.

## IV.   Other Matters

The Parties are not aware of any other matter requiring the Court's attention at this time.

///

///

///

///

///

///

///

**JOINT RULE 26 REPORT AND DISCOVERY PLAN; ORDER**

The Parties attest that concurrent in filing of this Joint Rule 26 Report was obtained from each of the signatories below.


DATED: May 27, 2026                    SIMAN LAW FIRM


                                       By: __/s/ Afshin Siman_____
                                       Attorneys for Plaintiff
                                       Cary Gleen Poole


DATED: May 27, 2026                    QUINN • COVARRUBIAS


                                       By: __/s/ Collin S. McCarthy_____
                                       Stephanie L. Quinn
                                       Collin S. McCarthy
                                       Attorneys for Defendants
                                       NATIONAL RAILROAD PASSENGER
                                       CORPORATION dba AMTRAK;
                                       UNION PACIFIC RAILROAD COMPANY; and
                                       UNION PACIFIC CORPORATION

**JOINT RULE 26 REPORT AND DISCOVERY PLAN; ORDER**

## ORDER ADOPTING DISCOVERY PLAN AND SCHEDULE

Having considered the Joint Rule 26 Report and proposed Discovery Plan of the Parties and good cause appearing, The Discovery Plan and schedule is hereby ordered.

IT IS SO ORDERED.


DATED: May 27, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

**JOINT RULE 26 REPORT AND DISCOVERY PLAN; ORDER**